IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GILBERT SCOTT,

        Plaintiff,                    No. CIV S-07-1309 JAM DAD P

    vs.

T. LEE, et al.,

        Defendants.         ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On May 7, 2008, the court filed findings and recommendations recommending that this action be dismissed for plaintiff's failure to state a claim. Plaintiff had twenty days after being served with the findings and recommendations to file his objections. On May 29, 2008, the court received a letter from inmate Gerard Trent indicating that plaintiff was assaulted by another inmate and is currently housed in administrative segregation. Mr. Trent appears to indicate that plaintiff may not have received the court's May 7, 2008 order and findings and recommendations. Although the court has considered Mr. Trent's letter, plaintiff is responsible for prosecuting this action. Mr. Trent cannot act as plaintiff's representative since he is a non-attorney. Nevertheless, in the interest of justice, the court will grant plaintiff one extension of time to file his objections. The court will also direct the Clerk of the Court to send

1

1 plaintiff another copy of the May 7, 2008 order and findings and recommendations, and plaintiff
2 will be provided an extension of time to file his objections.
3     Accordingly, IT IS HEREBY ORDERED that:
4     1. The Clerk of the Court is directed to send plaintiff a copy of the court's May 7,
5 2008 order and findings and recommendations; and
6     2. Within thirty days from the service of this order, plaintiff shall file his
7 objections to the findings and recommendations.  No further extensions of time will be granted.
8 DATED: June 26, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
sco1309.36obj